IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

SYNTHES USA, LLC, SYNTHES USA PRODUCTS, LLC and SYNTHES USA SALES, LLC,
Plaintiffs,

v.

GLOBUS MEDICAL, INC.,
Defendant.

C.A. No. 11-652-LPS

**PLAINTIFFS' ANSWER TO DEFENDANTS' COUNTERCLAIMS**

Plaintiffs Synthes USA, LLC, Synthes USA Products, LLC and Synthes USA Sales, LLC (collectively "Plaintiffs"), by their undersigned attorneys, hereby respond to the corresponding paragraphs of the Counterclaims of Defendant Globus Medical, Inc. ("Defendant" or "Globus"):

1. Upon information and belief, Plaintiffs admit the allegations of paragraph 1.

2. Plaintiffs admit the allegations of paragraph 2.

3. Upon information and belief, these counterclaims arise under the patent laws of the United States, Title 35, United States code. All other allegations in paragraph 3 state legal conclusions and do not require a response from Plaintiffs.

4. Plaintiffs admit the allegations of paragraph 4.

5. Plaintiffs admit the allegations of paragraph 5 for purposes of this action.

**COUNT ONE: DECLARATORY RELIEF REGARDING INFRINGEMENT**

6. Denied, except to admit that Synthes USA, LLC is the assignee of the entire right, title and interest in the Patents-in-Suit, and that Synthes USA Products, LLC and

Synthes USA Sales, LLC are exclusive licensees for manufacturing and selling products, respectively.

7. Plaintiffs admit that Synthes USA, LLC; Synthes USA Products, LLC; and Synthes USA Sales, LLC are each plaintiffs in the present action and have sued Globus for infringement of one or more claims of the Patents-in-Suit. Further admitted that an immediate, real, and justifiable controversy exists between Plaintiffs and Globus with respect to whether Globus has directly and/or indirectly infringed any valid and enforceable claim of the Patents-in-Suit.

8. Plaintiffs deny the allegations of paragraph 8.

**COUNT TWO: DECLARATORY RELIEF REGARDING INVALIDITY**

9. Plaintiffs repeat, reallege and incorporate by reference paragraphs 1-8 of these responses as if set forth in their entireties herein.

10. Plaintiffs admit the allegations of paragraph 10.

11. Plaintiffs deny the allegations of paragraph 11.

12. Plaintiffs deny the allegations of paragraph 12.

13. Globus does not make any allegations in paragraph 13. Accordingly, paragraph 13 does not require a response from Plaintiffs.

Dated: October 11, 2011

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Karen E. Keller*

John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
kkeller@ycst.com

OF COUNSEL:
Matthew J. Becker
Edward M. Mathias
Tara R. Rahemba
AXINN, VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT 06103
(860) 275-8100

Diane C. Ragosa
AXINN, VELTROP & HARKRIDER LLP
114 West 47th Street
New York, NY 10036
(212) 728-2200

*Attorneys for Plaintiffs*
*Synthes USA, LLC, Synthes USA Products, LLC.*
*and Synthes USA Sales, LLC*

**CERTIFICATE OF SERVICE**

I, Karen E. Keller, hereby certify that on October 11, 2011, I caused a copy of the foregoing document to be served on the following counsel in the manner indicated:

**BY E-MAIL**

Richard L. Horwitz, Esquire
David E. Moore, Esquire
Potter Anderson & Corroon, LLP
1313 North Market Street
Wilmington, DE 19801
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Vivian S. Kuo, Esquire
Winston & Strawn LLP
1700 K Street, N.W.
Washington, DC 10006
vkuo@winston.com

Shane A. Nelson, Esquire
Winston & Strawn LLP
1111 Louisiana, 25th Floor
Houston, TX 77002
sanelson@winston.com
lculpepper@winston.com

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Karen E. Keller*

John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
jshaw@ycst.com
kkeller@ycst.com

*Attorneys for Plaintiffs*