IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYNTHES USA, LLC, SYNTHES USA PRODUCTS, LLC and SYNTHES USA SALES, LLC,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>GLOBUS MEDICAL, INC.,<br><br>　　　　Defendant. | )<br>)<br>)<br>)　C.A. No. 11-652-LPS<br>)<br>)　**JURY TRIAL DEMANDED**<br>)<br>)<br>)<br>)<br>)<br>) |

**[PROPOSED] ORDER**

Having considered Defendant Globus Medical, Inc.'s Motions for Partial Summary Judgment, the Court has determined that these Motions should be GRANTED.

Accordingly, IT IS HEREBY ORDERED this _____ day of _____ that (1) Globus' Accused Products do not infringe any of the Asserted Claims, (2) Globus' New Products do not infringe any of the Asserted Claims, (3) the Asserted Claims of the '076 patent are invalid under 35 U.S.C. § 112 for lack of written description and enablement, (4) the Asserted Claims are invalid under 35 U.S.C. § 112 for indefiniteness, (5) no relevant secondary considerations exist regarding the Asserted Claims, and (6) Globus is not liable for willful infringement.

_____
UNITED STATES DISTRICT JUDGE