IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYNTHES USA, LLC,<br>SYNTHES USA PRODUCTS, LLC and<br>SYNTHES USA SALES, LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>GLOBUS MEDICAL, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   C.A. No. 11-652-LPS<br>)<br>)<br>)<br>)<br>)   REDACTED - PUBLIC VERSION |

**UNOPPOSED MOTION TO SUBSTITUTE**
**DEPUY SYNTHES PRODUCTS, LLC AS PLAINTIFF**

OF COUNSEL:
Matthew J. Becker
Jeremy C. Lowe
Edward M. Mathias
Tara R. Rahemba
AXINN, VELTROP & HARKRIDER LLP
90 State House Square, 9th Floor
Hartford, CT 06103
(860) 275-8100

Diane C. Ragosa
AXINN, VELTROP & HARKRIDER LLP
114 West 47th Street
New York, NY 10036
(212) 728-2200

John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
David M. Fry (No. 5486)
SHAW KELLER LLP
300 Delaware Avenue, Suite 1120
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com
dfry@shawkeller.com
*Attorneys for Plaintiffs*

Dated: February 15, 2013

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYNTHES USA, LLC, <br> SYNTHES USA PRODUCTS, LLC and <br> SYNTHES USA SALES, LLC, <br>     Plaintiffs, <br> v. <br> GLOBUS MEDICAL, INC., <br>     Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> )    C.A. No. 11-652-LPS <br> ) <br> ) <br> ) <br> ) |

**UNOPPOSED MOTION TO SUBSTITUTE
DEPUY SYNTHES PRODUCTS, LLC AS PLAINTIFF**

Pursuant to Fed. R. Civ. P. 25(c), Plaintiffs Synthes USA, LLC ("SUSA"), Synthes USA Sales, LLC ("S-Sales"), and Synthes USA Products, LLC ("S-Products," and collectively with SUSA and S-Sales, "Synthes" or the "Synthes Plaintiffs"), respectfully submit this Motion To Substitute DePuy Synthes Products, LLC ("DSP") as Plaintiff for SUSA. DSP is the successor to SUSA's interests in this litigation and consents to this motion. Defendant Globus Medical, Inc. ("Globus") does not oppose this motion.

**BACKGROUND**

Synthes filed its complaint for patent infringement against Globus on July 22, 2011. SUSA is identified in the complaint as the owner of the asserted patents, U.S. Patent Nos. 7,875,076; 7,862,616; and 7,846,207 (collectively, the "Patents-in-Suit"). (D.I. 1 at 1.) On June 14, 2012, Johnson & Johnson completed its acquisition of Synthes, Inc., the parent company of the Synthes Plaintiffs. (Decl. of Brian Tomko ("Tomko Decl.") ¶ 3.) The acquisition created within the Johnson & Johnson family of companies both DePuy and Synthes companies. (Id.)

Globus filed a motion to dismiss S-Sales and S-Products for lack of subject matter jurisdiction on November 20, 2012. (D.I. 102.) Globus' motion did not raise any issue regarding SUSA's standing. (Id. at 4.)

███████████████████████████████████████████

███████████████████████████████████████████████

██████████████████████████████████████

████████████████████ ████████████████████████

████████████████████████████████████████████

████████████████████████ The precise steps through which these assets were transferred are described in detail in the Declaration of Brian Tomko, filed herewith.

## LEGAL STANDARD

"If an interest is transferred, the action may be continued by or against the original party unless the court, on motion, orders the transferee to be substituted in the action or joined with the original party." Fed. R. Civ. P. 25(c). Rule 25(c) "allows a district court to join a corporation that succeeds to the interest of a party with, or substitute it for, its predecessor in a lawsuit." Luxliner P.L. Exp., Co. v. RDI/Luxliner, Inc., 13 F.3d 69, 70 (3d Cir. 1993). The Rule "permits the court to continue to hear a case where the action survives but the original party has transferred interest in the litigation to another." Gen. Battery Corp. v. Globe-Union, Inc., 100 F.R.D. 258, 262 (D. Del. 1982). In the corporate context, a Rule 25(c) "transfer of interest" occurs when "one corporation becomes the successor to another by merger or other acquisition of the interest the original corporate party had in the lawsuit." Luxliner, 13 F.3d at 71.

## ARGUMENT

The Court should grant Synthes' motion and substitute DSP as plaintiff for SUSA.

Through the transactions described in the Declaration of Mr. Tomko, SUSA's ownership of the Patents-in-Suit were transferred to DSP.  As a result, substitution pursuant to Fed. R. Civ. P. 25(c) should be permitted. See Gen. Battery Corp., 100 F.R.D. at 262.

## CONCLUSION

For the foregoing reasons, Synthes respectfully requests that this Court grant Synthes' motion, substitute DePuy Synthes Products, LLC as plaintiff for SUSA, and revise the case caption accordingly, as reflected in the proposed Order filed herewith.[1]

---

[1] Pursuant to a Joint Stipulation filed on February 8, 2013, Synthes has agreed to dismiss with prejudice all claims and defenses asserted by S-Sales and S-Products. The revised case caption in the proposed Order filed herewith reflects that S-Sales and S-Products have been dismissed from the case going forward, and that DSP is the only plaintiff.

3

Respectfully submitted,

/s/ *David M. Fry*
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
David M. Fry (No. 5486)
SHAW KELLER LLP
300 Delaware Avenue, Suite 1120
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com
dfry@shawkeller.com
*Attorneys for Plaintiffs*

OF COUNSEL:
Matthew J. Becker
Jeremy C. Lowe
Edward M. Mathias
Tara R. Rahemba
AXINN, VELTROP & HARKRIDER LLP
90 State House Square, 9th Floor
Hartford, CT 06103
(860) 275-8100

Diane C. Ragosa
AXINN, VELTROP & HARKRIDER LLP
114 West 47th Street
New York, NY 10036
(212) 728-2200

Dated: February 15, 2013

## CERTIFICATE OF SERVICE

I, David M. Fry, hereby certify that on February 15, 2013, this document was served on the persons listed below in the manner indicated:

**BY EMAIL**

Luke A. Culpepper
WINSTON & STRAWN LLP
1111 Louisiana, 25th Floor
Houston, TX 77002
lculpepper@winston.com

Vivian S. Kuo
Robert F. Ruyak
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, DC 10006
vkuo@winston.com
rruyak@winston.com

David E. Moore
POTTER ANDERSON & CORROON, LLP
1313 North Market Street
Wilmington, DE 19801
dmoore@potteranderson.com

/s/ *David M. Fry*
David M. Fry (No. 5486)
SHAW KELLER LLP
300 Delaware Avenue, Suite 1120
Wilmington, Delaware 19801
(302) 298-0700
dfry@shawkeller.com
*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYNTHES USA, LLC, ) | |
| SYNTHES USA PRODUCTS, LLC and ) | |
| SYNTHES USA SALES, LLC, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | C.A. No. 11-652-LPS |
| ) | |
| GLOBUS MEDICAL, INC., ) | |
| ) | |
| Defendant. ) | |

## [PROPOSED] ORDER GRANTING MOTION TO SUBSTITUTE DEPUY SYNTHES PRODUCTS, LLC AS PLAINTIFF

Having considered Plaintiffs' motion to substitute DePuy Synthes Products, LLC pursuant to Fed. R. Civ. P. 25(c);

IT IS HEREBY ORDERED this _____ day of _____, 2013, that the motion is GRANTED. DePuy Synthes Products, LLC is hereby substituted as plaintiff for Synthes USA, LLC. The case caption is hereby revised to:

| | |
|---|---|
| DEPUY SYNTHES PRODUCTS, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 11-652-LPS |
| ) | |
| GLOBUS MEDICAL, INC., ) | |
| ) | |
| Defendant. ) | |

_____
United States District Judge