IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYNTHES USA, LLC, SYNTHES USA PRODUCTS, LLC and SYNTHES USA SALES, LLC,      Plaintiffs,  v.  GLOBUS MEDICAL, INC.,      Defendant. | ) ) ) ) ) ) ) ) ) ) ) )   C.A. No. 11-652-LPS    ▮▮▮▮▮▮▮▮▮▮  REDACTED - PUBLIC VERSION |

**DECLARATION OF BRIAN TOMKO IN SUPPORT OF**
**PLAINTIFFS' MOTION TO SUBSTITUTE DEPUY SYNTHES PRODUCTS, LLC**

| | |
|---|---|
| OF COUNSEL: Matthew J. Becker Jeremy C. Lowe Edward M. Mathias Tara R. Rahemba AXINN, VELTROP & HARKRIDER LLP 90 State House Square, 9th Floor Hartford, CT 06103 (860) 275-8100  Diane C. Ragosa AXINN, VELTROP & HARKRIDER LLP 114 West 47th Street New York, NY 10036 (212) 728-2200 | John W. Shaw (No. 3362) Karen E. Keller (No. 4489) David M. Fry (No. 5486) SHAW KELLER LLP 300 Delaware Avenue, Suite 1120 Wilmington, DE 19801 (302) 298-0700 jshaw@shawkeller.com kkeller@shawkeller.com dfry@shawkeller.com *Attorneys for Plaintiffs* |

Dated:   February 15, 2013

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYNTHES USA, LLC, SYNTHES USA PRODUCTS, LLC and SYNTHES USA SALES, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> GLOBUS MEDICAL, INC., <br><br> Defendant. | Civil Action No. 11-652-LPS |

**DECLARATION OF BRIAN TOMKO IN
SUPPORT OF PLAINTIFFS' MOTION
TO SUBSTITUTE DEPUY SYNTHES PRODUCTS, LLC**

1. My name is Brian Tomko. I have been registered to practice law since 1995 in both New York and New Jersey. I am also a registered patent attorney. I have been registered to practice before the United States Patent and Trademark Office since 1997. I joined Johnson & Johnson in 2001. My current title is Assistant General Counsel - Patents. I currently support the Global Orthopaedics Group, which is included as part of the DePuy Synthes Companies of Johnson & Johnson.

2. I understand that:

    a. Synthes USA, LLC ("SUSA"), Synthes USA Products, LLC ("S-Products"), and Synthes USA Sales, LLC ("S-Sales," or collectively with SUSA and S-Products, "the Synthes Plaintiffs") are plaintiffs in the above-captioned action; and

    b. SUSA owned U.S. Patent Nos. 7,875,076; 7,862,616; and 7,846,207 (collectively, the "Patents-in-Suit").

3. On June 14, 2012, Johnson & Johnson completed its acquisition of Synthes, Inc., the parent company of the Synthes Plaintiffs. The acquisition created within the Johnson & Johnson family of companies both DePuy and Synthes companies. ███

███

4. Although this Declaration focuses on the Synthes Plaintiffs, ███

███

███

5. ███

███

███

a. ███

b. 



c.

d. ▮▮▮▮▮▮▮▮▮▮ The Patents-in-Suit are now owned by DePuy Synthes Products, LLC.

6.  

I declare under penalty of perjury that the foregoing is true and correct. Executed this 13th day of February, 2013, in the city of New Brunswick, NJ.

_____
Brian Tomko

# EXHIBITS A-G

# REDACTED

## **CERTIFICATE OF SERVICE**

I, David M. Fry, hereby certify that on February 15, 2013, this document was served on the persons listed below in the manner indicated:

**BY EMAIL**

| | |
|---|---|
| Luke A. Culpepper | Vivian S. Kuo |
| WINSTON & STRAWN LLP | Robert F. Ruyak |
| 1111 Louisiana, 25th Floor | WINSTON & STRAWN LLP |
| Houston, TX 77002 | 1700 K Street, N.W. |
| lculpepper@winston.com | Washington, DC 10006 |
| | vkuo@winston.com |
| | rruyak@winston.com |

David E. Moore
POTTER ANDERSON & CORROON, LLP
1313 North Market Street
Wilmington, DE 19801
dmoore@potteranderson.com

/s/ *David M. Fry*
David M. Fry (No. 5486)
SHAW KELLER LLP
300 Delaware Avenue, Suite 1120
Wilmington, Delaware 19801
(302) 298-0700
dfry@shawkeller.com
*Attorneys for Plaintiffs*