IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DEPUY SYNTHES PRODUCTS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | REDACTED - PUBLIC VERSION |
| | ) | |
| v. | ) | C.A. No. 11-652-LPS |
| | ) | |
| GLOBUS MEDICAL, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

## DECLARATION OF JOHN F. HALL, M.D.

                                                                        John W. Shaw (No. 3362)
                                                                        Karen E. Keller (No. 4489)
                                                                        David M. Fry (No. 5486)
                                                                        SHAW KELLER LLP
                                                                        300 Delaware Avenue, Suite 1120
                                                                        Wilmington, DE 19801
                                                                        (302) 298-0700
                                                                        jshaw@shawkeller.com
                                                                        kkeller@shawkeller.com
                                                                        dfry@shawkeller.com

OF COUNSEL:                                                *Attorneys for Plaintiff*
Matthew J. Becker
Jeremy C. Lowe
Edward M. Mathias
Tara R. Rahemba
AXINN, VELTROP & HARKRIDER LLP
90 State House Square, 9th Floor
Hartford, CT 06103
(860) 275-8100

Diane C. Ragosa
AXINN, VELTROP & HARKRIDER LLP
114 West 47th Street
New York, NY 10036
(212) 728-2200

Dated: March 22, 2013

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DEPUY SYNTHES PRODUCTS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 11-652-LPS |
| | ) | |
| GLOBUS MEDICAL, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

## DECLARATION OF JOHN F. HALL, M.D.

1. I, John F. Hall, M.D., have been retained as an expert by the predecessor-in-interest to DePuy Synthes Products, LLC ("Synthes") in the above-captioned case. In that regard, I authored two reports detailing my opinions and the subject matter that I expect to testify about at trial: "Expert Report of John F. Hall, M.D.," dated December 14, 2012 ("my First Report"); and "Second Expert Report of John F. Hall, M.D.," dated January 4, 2013 ("my Second Report") (collectively referred to as "the Reports").

2. True copies of each of the Reports are attached to this Declaration as Exhibits A and B, respectively. The exhibits that are referred to in the Reports are not attached, given the volume of documents in the exhibits.

3. Excerpts of the Reports have been included in the appendices to Synthes' summary judgment briefs in the above-captioned matter. Those excerpts are identical to the corresponding pages of the attached Reports.

4. On January 16, 2013, I was deposed under oath by Globus in the above-captioned matter. During my deposition, I noted corrections to be made to Paragraphs 36 and 46 of my

2

First Report. (See January 16, 2013 Dep. Tr. of John F. Hall, M.D. (attached as Exhibit C), at 70:21-72:21.) I further testified that the opinions specified in my report were accurate and complete to my knowledge. (Id. at 73:16-23.)

     5.     My curriculum vitae is attached as Exhibit D.

     6.     The Reports, as corrected by my sworn deposition testimony in this case, and my appended curriculum vitae truthfully and accurately detail my qualifications, opinions, bases for my opinions and conclusions in this matter, to the best of my knowledge.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 21 day of MARCH, 2013, in the city of FLAGSTAFF, ARIZONA

                                                                               _____
                                                                               John F. Hall, M.D.

# EXHIBITS A-D

# REDACTED