# EXHIBIT A

**Synthes' Proposed Curative Instruction**

During yesterday's closing, counsel for Globus made several statements that have the potential to mislead you regarding certain limitations in the asserted claims of the Synthes Patents, so I am going to give you some supplemental instructions now to deal with that.

First, counsel for Globus said yesterday that in the '076 patent "the Court has interpreted rigid connection to be capable of being constrained." (Tr. at 2076:3 – 4). That is incorrect. The Court did not construe the phrase "rigid connection," which appears in the specifications of the Asserted Patents. Rather, as I instructed you yesterday, the Court construed the phrase "being anchorable within the first and second boreholes and the first and second partial boreholes" in Claims 1 and 42 of the '207 patent to mean "capable of being constrained by the boreholes and partial boreholes." And, as I instructed you yesterday, this term does not require that the bone screws be locked, threaded, or otherwise 'rigidly connected' to the front plate. In other words, nothing in any claims of the Asserted Patents can be read to require that an accused product must have bone screws that are locked, threaded, or otherwise rigidly connected to the front plate in order to infringe. (Final Jury Instructions (D.I. 315 at 21 - 22, para. 12)).

Second, counsel for Globus showed you a demonstrative titled "sized and configured" that purported to show the language of Claim 1 of the '076 patent, and read that language to you. That language omitted part of the claim in a way that could create the impression that Claim 1 "requires there be something that constrains the bone screws into the implant." (Tr. at 2079:19 – 2080:2; 2080:8 – 10). I instruct you to disregard this demonstrative, and further, that nothing in Claim 1 or any other claim of the Asserted Patents requires that an accused device have "bone screws that are locked, threaded, or otherwise 'rigidly connected' to the front plate" in order to infringe. (Final Jury Instruction (D.I. 315 at 24, para. 32)). Bone screws that are non-locking,

not threaded, or otherwise not "rigidly connected" are relevant only, if at all, to damages and commercial success in this case.