IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DEPUY SYNTHES PRODUCTS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 11-652-LPS |
| | ) | |
| GLOBUS MEDICAL, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Following last week's jury verdict and the Court's request for a joint status report, the parties met and conferred and hereby submit the following joint status report:

1.  **Form of Judgment.** The parties have submitted an agreed-upon form of judgment (entitled "Judgment Following Jury Verdict") along with this Joint Status Report. The Judgment Following Jury Verdict is subject to modification following the Court's consideration of the parties' post-trial motions[1], which, pursuant to the parties' agreement, will be briefed according to the schedule in Paragraph 2 below.

2.  **Briefing Schedule.** The parties hereby agree to the following briefing schedule:

    a. Opening post-trial briefs shall be filed no later than August 1, 2013.[2]

---

[1] These post-trial motions include any motions filed by Synthes seeking, inter alia: additional damages pursuant to the accounting Synthes has requested; additional post-judgment damages for post-judgment sales; injunctive or other relief; prejudgment interest; and fees and costs that may be awarded pursuant to, *e.g.*, 35 U.S.C. § 285 and Fed. R. Civ. P. 54. Synthes separately intends to submit a bill of costs in accordance with the time limitations set forth in D. Del. LR 54.1. These post-trial motions further include any motion filed by Globus seeking, inter alia, fees and costs that may be awarded pursuant to, e.g., 35 U.S.C. § 285 and Fed. R. Civ. P. 11.

[2] Globus shall provide supplemental discovery concerning its manufacture, use, sale and/or offer for sale of the products found to infringe Synthes' patents no later than July 12, 2013 so that

   b. Responsive post-trial briefs shall be filed no later than August 29, 2013.

   c. Reply post-trial briefs shall be filed no later than September 12, 2013.

 3. **Page Limits.**  The parties agree that for renewed motions for judgment as a matter of law and motions for a new trial, they will be limited to a total of 40 pages for the opening brief(s), 40 pages for the responsive brief(s), and 20 pages for the reply brief(s).

 4. **Confidential Documents.**  The parties request that documents designated as "Confidential" or "Outside Counsel Eyes Only" pursuant to the Stipulated Protective Order (D.I. 32) prior to trial shall continue to be accorded the status designated, provided that such documents have not been made accessible to the general public or otherwise filed as part of the public record.

 The parties are available to discuss these matters further at the Court's convenience.


June 21, 2013


| | |
|---|---|
| */s/ David M. Fry* | */s/ Richard L. Horwitz* |
| John W. Shaw (No. 3362) | Richard L. Horwitz (No. 2246) |
| Karen E. Keller (No. 4489) | David E. Moore (No. 3983) |
| David M. Fry (No. 5486) | POTTER ANDERSON & CORROON LLP |
| SHAW KELLER LLP | Hercules Plaza, 6th floor |
| 300 Delaware Avenue, Suite 1120 | 1313 N. Market Street |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 298-0700 | (302) 984-6000 |
| jshaw@shawkeller.com | rhorwitz@potteranderson.com |
| kkeller@shawkeller.com | dmoore@potteranderson.com |
| dfry@shawkeller.com | *Attorneys for Defendant* |
| *Attorneys for Plaintiff* | |

---

Synthes can request an accounting of damages in accordance with this deadline.  (Pretrial Order at 15.).  Globus reserves the right to oppose Synthes' request for an accounting.

OF COUNSEL:  
Francis H. Morrison III  
Matthew J. Becker  
Edward M. Mathias  
Tara R. Rahemba  
AXINN, VELTROP & HARKRIDER LLP  
90 State House Square, 9th Floor  
Hartford, CT 06103  
(860) 275-8100  

Diane C. Ragosa  
Aaron J. Feigenbaum  
AXINN, VELTROP & HARKRIDER LLP  
114 West 47th Street  
New York, NY 10036  
(212) 728-2200  

OF COUNSEL:  
Robert F. Ruyak  
Vivian S. Kuo  
Mathew B. Weinstein  
WINSTON & STRAWN LLP  
1700 K Street, N.W.  
Washington, D.C. 10006  
(202) 828-5000  
rruyak@winston.com  
vkuo@winston.com  
mweinstein@winston.com  

Luke A. Culpepper  
WINSTON & STRAWN LLP  
1111 Louisiana, 25th Floor  
Houston, TX 77002  
lculpepper@winston.com  
(713) 651-2600