IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEPUY SYNTHES PRODUCTS, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 11-652-LPS |
| ) | |
| GLOBUS MEDICAL, INC., ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT FOLLOWING JURY VERDICT

This action came before the Court for a trial by jury beginning on June 3, 2013. The issues have been tried and the jury rendered a verdict on June 14, 2013. The verdict was accompanied by the verdict form (D.I. 321, 322), a copy of which is attached hereto. Therefore,

IT IS HEREBY ORDERED AND ADJUDGED that judgment be and is hereby entered on the June 14, 2013 verdict in favor of Plaintiff DePuy Synthes Products, LLC ("Synthes"), and against Defendant Globus Medical, Inc. ("Globus"), on all claims of infringement, validity and damages as set out in the attached verdict form.

IT IS FURTHER ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of Synthes, and against Globus, for damages in the amount of $16,001,822.25.

This Judgment is subject to modification following the Court's consideration of the parties' post-trial motions.

IT IS SO ORDERED AND ADJUDGED.

June 24th, 2013

UNITED STATES DISTRICT JUDGE