IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DEPUY SYNTHES PRODUCTS, LLC, | ) ) | |
| Plaintiff, | ) ) | REDACTED – PUBLIC VERSION |
| v. | ) ) | C.A. No. 11-652-LPS |
| GLOBUS MEDICAL, INC., | ) ) | |
| Defendant. | ) ) ) | |

**PLAINTIFF'S APPENDIX TO OPENING BRIEF
IN SUPPORT OF PLAINTIFF'S MOTION FOR A
<u>TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION</u>**

| | |
|---|---|
| | John W. Shaw (No. 3362) |
| | Karen E. Keller (No. 4489) |
| | David M. Fry (No. 5486) |
| OF COUNSEL: | SHAW KELLER LLP |
| Francis H. Morrison III | 300 Delaware Avenue, Suite 1120 |
| Matthew J. Becker | Wilmington, DE 19801 |
| Edward M. Mathias | (302) 298-0700 |
| Tara R. Rahemba | jshaw@shawkeller.com |
| AXINN, VELTROP & HARKRIDER LLP | kkeller@shawkeller.com |
| 90 State House Square, 9th Floor | dfry@shawkeller.com |
| Hartford, CT 06103 | *Attorneys for Plaintiff* |
| (860) 275-8100 | |

Diane C. Ragosa
AXINN, VELTROP & HARKRIDER LLP
114 West 47th Street
New York, NY 10036
(212) 728-2200

Dated:   July 2, 2013

| Document | Citation |
|---|---|
| June 14, 2013 Email from L. Malinoski to J. Jani | A001 – A002 |
| June 18, 2013 Ltr. from E. Mathias to V. Kuo | A003 – A004 |
| June 25, 2013 Ltr. from L. Culpepper to E. Mathias | A005 |
| June 26, 2013 Ltr. from E. Mathias to L. Culpepper | A006 |
| June 27, 2013 Ltr. from L. Culpepper to E. Mathias | A007 – A008 |
| ████████████████████████████████ | A009 – A037 |
| "Globus Medical Announces Jury Verdict in Patent Infringement Lawsuit," June 17, 2013 | A038 – A040 |
| PTX 083 | A041 – A058 |
| PTX 383[1] | A059 – A064 |

---

[1] A DVD containing a native Microsoft Excel version of this document was admitted into evidence at trial.

# A001-A037

# REDACTED

Careers   Contact Us   Events   International

Home | Our Company » | Products » | Education » | Healthcare Provider »

Investors

# Globus Medical Announces Jury Verdict in Patent Infringement Lawsuit

**Audubon, PA, June 17, 2013**: Globus Medical, Inc. (NYSE: GMED), a leading spinal implant manufacturer, today announced that the jury in a patent infringement case in the U.S. District Court in Delaware brought by DePuy Synthes Products, LLC ("Synthes") has returned a verdict. Although a formal judgment has not yet been entered in the case and there are a number of motions and hearings to be resolved, the jury found that prior versions of three products previously sold by Globus Medical did infringe on Synthes' patents and awarded monetary damages in the amount of $16 million. Globus Medical had challenged the validity of the three Synthes patents at issue, and the jury upheld the patents' validity. There was no finding of willful infringement in this lawsuit.

Globus Medical does not expect the verdict to impact its ability to conduct its business or to have any impact on its future revenues. As this lawsuit involved only three products that are no longer part of Globus Medical's product portfolio, this verdict will not impair the company's ability to sell any of its current products and will not require any royalty payments to Synthes based on current or future sales.

The company believes the facts and the law do not support the jury's findings of infringement and patent validity and will seek to overturn the verdict in post-trial motions with the District Court and, if

Search...

**Upcoming Events**

NENS: 2013 New England Neurosurgical Society Annual Meeting - June 27, 2013

PNS: Pennsylvania Neurosurgical Society - July 12, 2013

Skin-To-Skin® SECURE®-C - July 26, 2013

Skin to Skin®: LLIF - August 2, 2013

Skin to Skin®: SI-LOK® Sacroiliac Joint Fusion - August 2, 2013

TNS: Tennessee Neurosurgical Society - August 8, 2013

necessary, through the appeals process.

**About Globus Medical, Inc.**
Globus Medical, Inc. is a leading spinal implant manufacturer based in Audubon, PA. The company was founded in 2003 by an experienced team of professionals with a shared vision to create products that enable surgeons to promote healing in patients with musculoskeletal disorders. Additional information can be accessed at www.globusmedical.com.

**Safe Harbor Statements**
All statements included in this press release other than statements of historical fact are forward-looking statements and may be identified by their use of words such as "believe," "may," "might," "could," "will," "aim," "estimate," "continue," "anticipate," "intend," "expect," "plan" and other similar terms. These forward-looking statements are based on our current assumptions, expectations and estimates of future events and trends. Forward-looking statements are only predictions and are subject to many risks, uncertainties and other factors that may affect our businesses and operations and could cause actual results to differ materially from those predicted. These risks and uncertainties include, but are not limited to, factors affecting our quarterly results, our ability to manage our growth, our ability to sustain our profitability, demand for our products, our ability to compete successfully (including without limitation our ability to convince surgeons to use our products and our ability to attract and retain sales and other personnel), our ability to rapidly develop and introduce new products, our ability to develop and execute on successful business strategies, our ability to comply with changing laws and regulations that are applicable to our businesses, our ability to safeguard our intellectual property, our success in defending legal proceedings brought against us, trends in the medical device industry, general economic conditions, and other risks. For a discussion of these and other risks, uncertainties and other factors that could affect our results, you should refer to the disclosure contained in our most recent annual report on Form 10-K filed with the Securities and Exchange Commission, including the sections labeled "Risk Factors" and "Cautionary Note Concerning Forward-Looking Statements," and in our Form 10-Q, Form 8-K and other filings with the Securities and Exchange Commission. These documents are available at www.sec.gov. Moreover, we operate in an evolving environment. New risk factors and uncertainties emerge from time to time and it is not possible for us to predict all risk factors and uncertainties, nor can we assess the impact of all factors on its business or the extent to

Advanced Concepts in Adult Deformity - August 16, 2013

Skin to Skin®: Advanced Trauma Techniques - September 21, 2013

Skin to Skin®: SI-LOK® Sacroiliac Joint Fusion - September 27, 2013

Skin to Skin®: MIS TLIF - September 27, 2013

which any factor, or combination of factors, may cause actual results to differ materially from those contained in any forward-looking statements. Given these risks and uncertainties, readers are cautioned not to place undue reliance on any forward-looking statements. Forward-looking statements contained in this press release speak only as of the date of this press release. We undertake no obligation to update any forward-looking statements as a result of new information, events or circumstances or other factors arising or coming to our attention after the date hereof.





Copyright © 2013. Globus Medical Inc. All Rights Reserved. | Sitemap            
2560 General Armistead Avenue | Audubon, PA 19403 | 610.930.1800
*Life Moves Us is a registered trademark of Globus Medical, Inc.*

www.globusmedical.com/globus-medical-announces-jury-verdict-in-patent-infringement-lawsuit/                          3/3

A040

# A041-A064

# REDACTED

**CERTIFICATE OF SERVICE**

I, Karen E. Keller, hereby certify that on July 2, 2013, this document was served on the persons listed below in the manner indicated:

**BY E-MAIL**

Luke A. Culpepper
WINSTON & STRAWN LLP
1111 Louisiana, 25th Floor
Houston, TX 77002
lculpepper@winston.com

David E. Moore
POTTER ANDERSON & CORROON LLP
1313 North Market Street
Wilmington, DE 19801
dmoore@potteranderson.com

Vivian S. Kuo
Robert F. Ruyak
Matthew B. Weinstein
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C. 10006
vkuo@winston.com
rruyak@winston.com
mweinstein@winston.com

/s/ *Karen E. Keller*
Karen E. Keller (No. 4489)
SHAW KELLER LLP
300 Delaware Avenue, Suite 1120
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
*Attorney for Plaintiff*