IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEPUY SYNTHES PRODUCTS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 11-652-LPS |
| | ) |
| GLOBUS MEDICAL, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

## [PROPOSED] FINAL JUDGMENT

This matter was tried before a jury, commencing on June 3, 2013, with the Honorable Leonard P. Stark presiding. On June 14, 2013, the jury returned its verdict (D.I. 321, 322). Plaintiff DePuy Synthes Products, LLC ("Synthes") filed a Motion for Attorneys' Fees Under 35 U.S.C. § 285 (D.I. 340); a Motion for a Permanent Injunction and Destruction of Infringing Products (D.I. 356); a Motion for an Accounting and Determination of an Ongoing Royalty Rate (D.I. 357); and a Motion for Prejudgment and Postjudgment Interest (D.I. 358) (collectively, "Synthes' Post Trial Motions"). Defendant Globus Medical, Inc. ("Globus") filed a Renewed Motion for Judgment as a Matter of Law, or in the Alternative, for a New Trial (D.I. 371); and a Motion for Attorneys' Fees (D.I. 370) (collectively, and together with Synthes' Post Trial Motions, the "Post Trial Motions"). On March 25, 2014, the Court issued its Memorandum Opinions and Orders on the Post Trial Motions (D.I. 410, 411, 412, 413).

In accordance with the jury's verdict and the Court's pre and post trial orders, it is hereby ORDERED, ADJUDGED AND DECREED that:

1. Judgment be and is hereby entered on the June 14, 2013 verdict in favor of Synthes and against Globus on the claims of infringement, validity and damages set out in the verdict form (D.I. 321, 322).

2. Subject to the Court's resolution of any motion to stay enforcement of this Final Judgment, Globus shall pay Synthes damages caused by Globus' infringement of Synthes' asserted patents in the amounts of:

   a. $16,286,645.25 (reflecting compensatory damages through June 30, 2013),

   b. pre-judgment interest in the amount of $881,723,

   c. post-judgment interest under 28 U.S.C. § 1961(a) from June 25, 2013 through April 2, 2014 in the amount of $17,243,

   d. post-judgment interest under 28 U.S.C. § 1961(a) from April 3, 2014 through the date upon which Globus satisfies this Final Judgment, and

   e. 18% of the revenue from the sales of any accused Independence®, Coalition® or InterContinental® products sold beginning on July 1, 2013 through the expiration dates of U.S. Patent Nos. 7,875,076; 7,862,616; and 7,846,207.

3. Globus shall provide Synthes business records sufficient to identify infringing sales made under paragraph 2(e) (including without limitation the date of sale, units sold for each of the accused Independence®, Coalition® and InterContinental® products, price per unit, and total revenues) within 15 days after the close of the calendar quarter in which such sales are made; however, for any such sales made through December 31, 2013, Globus shall provide the required business records by April 9, 2014. Damages for any infringing sales made under paragraph 2(e) shall accrue and shall be paid by Globus to Synthes when and if the balance of this Final Judgment becomes due. In the event that this Final Judgment has otherwise been paid

in full, any additional amounts owed by Globus under paragraph 2(e) of this Final Judgment shall be due and payable within 30 days after the close of the calendar quarter in which such sales are made.

4. Judgment be and is hereby entered in favor of Synthes and against Globus on Globus' counterclaims of noninfringement and invalidity.

5. Judgment be and is hereby entered in favor of Synthes and against Globus on Globus' claim for a declaration that this case is exceptional under 35 U.S.C. § 285.

6. Judgment be and is hereby entered in favor of Globus and against Synthes on Synthes' claims for an injunction under 35 U.S.C. § 283, for willful infringement and treble damages under 35 U.S.C. § 284, and for a declaration that this case is exceptional under 35 U.S.C. § 285.

This Final Judgment is intended to be a final judgment under Fed. R. Civ. P. 58 upon the date entered by the Court

The Court maintains jurisdiction as necessary to enforce the terms of and ensure compliance with this Final Judgment.

IT IS SO ORDERED AND ADJUDGED.

April 9, 2014

_____
UNITED STATES DISTRICT JUDGE